UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America )
)
v. ) USDC No. 22-cr-103 (RCL)
)
John Lammons, *defendant* )

ORDER

Upon good cause shown in defendant's Unopposed Motion to Continue Status Hearing, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this _1st_ day of October, 2022, that the status hearing set by video teleconference for October 14, 2022 at 12 o'clock p.m. is hereby VACATED, and it is further

ORDERED, that the status hearing is hereby scheduled for video teleconference for _Nov. 4_, 2022,, at _12:30_ a.m./p.m., and it is further,

ORDERED, that in the interests of justice the time between October 11, 2022 and the next court date shall not be counted under the Speedy Trial Act.

_____
Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

April Ayers-Perez, Esq..
U.S. Dept. of Justice (USAO-SDTX)
By ECF