UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr--103 (RCL) |
| | ) | |
| John Lammons, *defendant*. | ) | |

NOTICE
(WAIVER OF IN-PERSON SENTENCING HEARING)

THE COURT WILL PLEASE NOTE defendant's written waiver of his right to an in-person sentencing hearing, attached as an Exhibit, pursuant to Fed.R.Crim.Proc. 43(b). It is the defendant's wish to appear remotely, by videoteleconference (VTC), for the hearing in February 6, 2023 at 11 o'clock a.m., and hereby notes that he waives his in-person right to appear for his sentencing.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon April Ayers-Perez, Esq., United States Dept. of Justice (USAO-SD Texas.), attorney of record for the United States, via ECF this 14th day of November, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*