**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-103 (RCL)** |
| | **:** | |
| **JOHN LAMMONS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits are provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibits 1-3, 5-7, are United States Capitol Police surveillance footage (CCTV). Exhibits 4 and 8 were provided by the Defendant to the Federal Bureau of Investigation. The United States does not object to releasing these exhibits to the public. The exhibits are:

1. Government Exhibit 1 is a video approximately 47 seconds in length that portrays the lobby area inside the Senate Wing Door.

2. Government Exhibit 2 is a video approximately 7 minutes and 32 seconds in length that portrays the north end of the Crypt.

3. Government Exhibit 3 is a video approximately 2 minutes and 13 seconds in length that portrays the south end of the Crypt.

4. Government Exhibit 4 is a video approximately 14 seconds in length that depicts police officers confronting rioters within the Capitol Building.

5. Government Exhibit 5 is a video approximately 4 minutes and 20 seconds in length that portrays the walkway to the Capitol Visitor Center.

1

6.  Government Exhibit 6 is a video approximately 16 seconds in length that portrays the

     north end of the Crypt.

7.  Government Exhibit 7 is a video approximately 3 minutes and 4 seconds in length that

     portrays the lobby area inside the Senate Wing Door.

8.  Government Exhibit 8 is a video approximately 5 seconds in length that portrays the

     Defendant in front of a statue in the Crypt.

Respectfully submitted,


MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      */s/ Andrew Haag*
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov


**CERTIFICATE OF SERVICE**

On this 30th day of January, 2023, a copy of the foregoing was served on counsel

of record for the defendant via the Court's Electronic Filing System.


By:      */s/ Andrew Haag*
ANDREW S. HAAG
Assistant United States Attorney