UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.   ) | USDC No. 22-cr-103 (RCL) |
| ) | |
| John Lammons,   *defendant*.   ) | |

NOTICE

THE COURT WILL PLEASE NOTE filing of the attached exhibit (2 pages), consisting of proof of defendant's attendance in drug treatment meetings that were required by the Pretrial Services Agency as a condition of release in this case, pertinent to allegations that appear in its Status Report, dated Feb. 3, 2023 (ECF Doc. 38).

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Andrew Haag, Esq., United States Dept. of Justice (USAO-DC), attorney of record for the United States, via ECF this 5th day of February, 2023.

__*Nathan I. Silver*_____
*Nathan I. Silver*